August 17, 2015

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TX

78711

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

AUG 21 2015

Abel Acosta, Clerk

RE: TRIAL COURT NO. 2011-CR-5260

Court of Criminal Appeals PDR-0139-15

Dear Abel Acosta,

MY NAME IS Oscar Pardo, TDCJ-ID.#1875636. I WILL APPRECIATE YOUR ASSISTANCE IF YOU WOULD FOXWARD ME A COPY OF MY PETITION FOR DISCRETIONARY REVIEW DOCUMENT REGARDING MY CASE.

FOR THE REASON THAT IT WAS MISSED PLACE IN TRANSIT FROM GARZA EAST UNIT TO POLUNSKY UNIT BY PROPERTY. THANK YOU FOR YOUR TIME AND EFFORTS AND YOUR RESPONSE REGARDING THIS MATTER WOULD BE HIGHLY APPRECIATED.

SINCERLY,

Oscar Pardo

OSCAR PARDO